

MITCHELL D. GLINER, ESQ.
Nevada Bar #3419
3017 West Charleston Blvd., #95
Las Vegas, Nevada 89102
702-870-8700
702-870-0034 Fax
Attorney for Plaintiff

2005 OCT 20 P 3: 50

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MILTON LIZAMA,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

CV-S-05-1266-RLH-PAL

JURY DEMANDED

## COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant Experian Information Solutions, Inc. ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5. Experian is a consumer reporting agency, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

6. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7. Plaintiff is a forgery victim.

8. During April 2003, Plaintiff's signature was forged on a vehicle sales contract subsequently assigned to Triad Financial Corporation (TFC).

9. TFC had reported the fraudulent account as both a repossession and a $9,600.00 charge-off.

10. On October 15, 2004, Plaintiff disputed TFC's reporting with Defendant (Exhibit 1).

11. In Exhibit 1, Plaintiff advised Defendant of the fraud and the disparity in the interest rates between the original contract (4.85%) and the fraudulent contract assigned to TFC (17%).

12. Plaintiff provided Defendant copies of the contracts.

13. On November 3, 2004 Defendant verified the $9,600.00 charge-off (Exhibit 2).

14. Plaintiff's June 20, 2005 profile reflects Defendant's continued reporting of the fraudulent TFC account (Exhibit 3).

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

15. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

   a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable

-2-

1 procedures to assure maximum possible accuracy of the information
2 in the reports.
3     b. By willfully and/or negligently failing to comport with FCRA § 1681i.

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the Court grant the following relief as against Defendant:

    a. actual damages;
    b. punitive damages;
    c. attorney's fees; and
    d. costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #3419
3017 West Charleston Boulevard
Suite 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

-3-

# EXHIBITS

FILE COPY

October 15, 2004

Experian Credit Reporting Agency
P.O. Box 9701
Allen, TX 75013

Dear Sir or Madame:

I am writing to dispute the following information in my file. The item I dispute is also circled on the attached copy of the report I received. I dispute the Triad Financial Corp. automobile repossession and balance due report.

This item is inaccurate because my signature was forged on the contract assigned to Triad Financial. Enclosed is a copy of the vehicle sales contract at 17% APR assigned to Triad Financial by Auto Tech dated April 17, 2003 showing me as the sole purchaser of the vehicle which is for the referenced account. That is not my signature on that contract.

Also enclosed is a copy of a vehicle sales contract at 4.850% APR also dated April 17, 2003 showing myself and Jorge Escalon-Melgar as co-purchasers, which is the contract I thought was correct. So far as I know, Triad Financial was not assigned this contract.

Please reinvestigate this matter and delete the disputed item as soon as possible.

Sincerely,



Milton Lizama

cc: Triad Financial Corp.

**EXHIBIT 1**

**experian**

Page 3 of 6

## Correction Summary

Prepared for
MILTON H. KSV
Report number
3040125159

Report date
November 03, 2004

**Experian**
Consumer Fraud Assistance
P.O. Box 1017
Allen TX 75013

### About our verification process

The following shows the revision(s) made to your file as a result of our verification.

If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

-- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;

-- add a statement disputing the accuracy or completeness of the information; and

-- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose (twelve months for residents of Colorado, Maryland, and New York).

If no information follows, our response appeared on the previous page.

### If you have questions

Locate your Report Number, then contact us **within 90 days** from the date on this report.

For efficient, self-directed service, **log on to www.experian.com/disputes.**

For assistance, call
**800 583 4080**
M - F 9am - 5pm in your time zone.

### Items we investigated

| Items | Outcome |
|---|---|
| **Credit Items** | |
| TRIAD FINANCIAL CORP 40000150010l1.... | Remains |
| **Personal Information** | |
| Name | Updated |

**To order a copy of your Experian Credit Score, call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXHIBIT 2

Prepared for
Report number: 3040125159

Report date: November 2004
www.experian.com/disputes
Call 800 583 4080

## Items continued

| Account number (few digits) | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Status Details |
|---|---|---|---|---|---|---|---|
| **QUANTUM COLLECTIONS** 3224 CIVIC CENTER DR NORTH LAS VEGAS NV 89030 356149252 | 3-2003/ 2-2003 | 2-2003/ 2-2003 | Installment/ 1 Months/ $0 | Individual | $807 / NA | $807 as of 2-2003/ | Status: Collection account. $807 past due as of 2-2003. Account history: Collection as of 2-2003 |

**Original creditor: LAS VEGAS ATHLETIC CLUB**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4-- **TRIAD FINANCIAL CORP** 7711 CENTER AVE STE 250 HUNTINGTON BEACH CA 92647 4000015001011.... | 4-2003/ 5-2003 | 8-2004/ 8-2004 | Installment/ 60 Months/ $0 | Individual | $19,902 / NA | $0 as of 8-2004/ | Status: Account charged off/Repossession. $9,657 written off. Account history: Repossession as of 6-2004 Charge Off as of 8-2004 90 days as of 5-2004 60 days as of 4-2004, 11-2003 30 days as of 3-2004, 12-2003, 10-2003 |
| 5 **ARROW FINANCIAL SERVICE** 5996 W TOUHY AVE NILES IL 60714 4262849 | 3-1999/ 7-2002 | 7-2002/ 7-2002 | Installment/ NA/ $0 | Individual | $651 / NA | NA/ | Status: Paid in settlement. Creditor's statement "Account legally paid in full for less than full balance." |

**Original creditor: A.F.S. ASSIGNEE OF RNB - MERVY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 **BANK OF AMERICA** 1825 E BUCKEYE RD PHOENIX AZ 85034 4319041013947.... | 1-2002/ 2-2002 | 10-2004/ 10-2004 | Revolving/ NA/ $25 | Individual | $3,500 / $1,430 | $943 as of 10-2004/ | Status: Open/Never late. |



# experian.

**Prepared for**
MILTON LIZAMA

**Report number**
0773359986

**Report date**
June 20, 2005

**Page 1 of 14**

www.experian.com/disputes

## Your personal credit report

### Potentially negative items or items for further review
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances
Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history
We list anyone that has reviewed your credit information in the last two years.

### Personal information
This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report
Order your Experian PLUS score report by calling 1 888 322 5583.

### Credit Manager
Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian
Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Before contacting us, you should carefully review this report.

### Disputing information in your report
If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.

)

|||||||||||||||||||||||||||||||||||||||||||||||
**************** MIXED AADC 683
0014138 3 MB 0.718 L 500 *
MILTON LIZAMA
5020 KILLARNEY ST
LAS VEGAS NV 89122-6807
|||||||||||||||||||||||||||||||||||||||||||||||

EXHIBIT 3

0268943664

## experian

Prepared for
MILTON LIZAMA
Report number
0773359986

Report date
June 20, 2005
www.experian.com/disputes
Call 1 800 509 8495

Page 3 of 14

## Potentially negative items or items for further review continued

**QUANTUM COLLECTIONS**
3224 CIVIC CENTER DR
NORTH LAS VEGAS NV 89030
*Partial account number*
356149252

| | | |
|---|---|---|
| *Date opened* Mar 2003 | *Date of status* Feb 2003 | *Type* Installment |
| *Reported since* Feb 2003 | *Last reported* Feb 2003 | *Terms* 1 Months |
| | | *Monthly payment* $0 |

*Responsibility* Individual

*Credit limit or original amount* $741
*High balance* NA

*Recent balance* $832 as of Feb 2003

Status: Collection account. $832 past due as of Feb 2003.
Account history:
Collection as of Feb 2003

**Original creditor: LAS VEGAS ATHLETIC CLUB**

---

**TRIAD FINANCIAL CORP**
7711 CENTER AVE STE 250
HUNTINGTON BEACH CA
92647
*Partial account number*
400001500101 1...

| | | |
|---|---|---|
| *Date opened* Apr 2003 | *Date of status* Aug 2004 | *Type* Installment |
| *Reported since* May 2003 | *Last reported* Aug 2004 | *Terms* 60 Months |
| | | *Monthly payment* $0 |

*Responsibility* Individual

*Credit limit or original amount* $19,902
*High balance* NA

*Recent balance* $0 as of Aug 2004

Status: Account charged off/Repossession. $9,657 written off.
Account history:
Repossession as of Jun 2004
Charge Off as of Aug 2004
90 days as of May 2004
60 days as of Apr 2004, Nov 2003
30 days as of Mar 2004, Dec 2003, Oct 2003
This item was verified on Nov 2004 and remained unchanged.

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

**ACTION CARD/BANK FIRST**
245 PERIMETER CENTER PKW
ATLANTA GA 30346
*Partial account number*
4231333010001...

| | | |
|---|---|---|
| *Date opened* Dec 2000 | *Date of status* May 2005 | *Type* Revolving |
| *Reported since* May 2003 | *Last reported* May 2005 | *Terms* NA |
| | | *Monthly payment* $0 |

*Responsibility* Individual

*Credit limit or original amount* $1,600
*High balance* $1,024

*Recent balance* NA

Status: Paid,Closed/Never late.

